RE: PD-0798-08, Copy of Voir Dire    March 15, 2015

Christopher Prine, Clerk          Anne E Murphy
1st Court of Appeals              Lane Murray Unit
301 Fannin                       #1424912 - Bed K3B94
Houston, Texas, 77002-20600      1916 N Hwy 36 ByPass
                                 Gatesville Texas 76596

Dear Mr. Prine

I am inquiring if it is possible for me to
obtain a copy of my Voir Dire Transcripts.
Not my Appeal Brieffs or Opinins but, the
Transcripts for Voir Dire Procedure During
The Selection of my Jury Pannel. My
First appeal in the 1st Court of Appeals was
#. 01-07-00174-CR was based on the Voir Dire
Procedure And my PDR-PD-0798-08 was Also
Based on my Voir Dire. My understanding is,
you may have a copy of the Procedure that took
place In my Trial Voir Dire, Selection And Inst-
ructions to the Jury of my Trial. Please
Send me a quote so that I can purchase
A copy. Thank you very Mutch for your Time.

                    Sincerely Anne E Murphy

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 19 2015

CHRISTOPHER A. PRINE
CLERK CM

Murray Unit bed K3B94
1916 J/Hwy 36 By Pass
Kosesville, Texas, 76576

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR 19 2015
CHRISTOPHER A. PRINE
CLERK

Christopher Prine Clerk
1st Court Of Appeals
301 Fannin
Houston, TX. 77002-2066

AUSTIN TX
RIO GRANDE DISTRICT
17 MAR 2015 PM 2 L

USA

7700220669